# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **SONNY JAMES CASTON (#116778)** | **CIVIL NO. 3:17-1034; SEC. P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **DARREL VANNOY** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Petitioner's Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**MONROE, LOUISIANA, this 25th day of October, 2017.**

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE